UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-mj-1277-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| JAMES ALTON STALLINGS, JR. ) | |

The United States Attorney charges that:

### Count One

On or about September 13, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JAMES ALTON STALLINGS, JR., did knowingly, intentionally, and unlawfully possess an amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844.

### Count Two

On or about September 13, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JAMES ALTON STALLINGS, JR., did knowingly, intentionally, possess an amount of cocaine, a Schedule II Controlled

Substance, in violation of Title 21, United States Code, Section 844.

## Count Three

On or about September 13, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the defendant, JAMES ALTON STALLINGS, JR., did unlawfully and willfully carry concealed about his person a High Standard Sentinel 9-shot revolver, in violation of North Carolina General Statute, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

## Count Four

On or about September 13, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, JAMES ALTON STALLINGS, JR., did knowingly, willfully, and unlawfully go upon Marine Corps Base, Camp Lejeune, in violation of a lawful regulation, to wit: Marine Corps Base Order P5500.1, in violation of Title 18, United States Code, Section 1382.

ROBERT J. HIGDON, JR.
United States Attorney

By: _____
GARLAND W. ROWLAND
Special Assistant U.S. Attorney
Criminal Division